# Salem & Shimko
## ATTORNEYS AT LAW

October 3, 2022

Hon. Carla E. Craig
Chief US Bankruptcy Judge
271 Cadman Plaza East
Conrad Duberstein US Courthouse
Brooklyn, NY 11201

      Re:    *In Re McAdam:* Chapter 7 Case No.: 1-18-45096
              *Singh et ano, v. McAdam et al.:* Adv. Pro. No. 18-01131

Dear Judge Craig

    I represent the Singh Creditors in the Chapter 7 case and Plaintiffs in the adversary proceeding and submit this letter for an adjournment of the conference scheduled for October 4, 2022.

    The Sing creditors have a case pending against debtor in the Supreme Court of the State of New York, County of Queens. The matter was scheduled for an inquest for October 3, 2022, but it has since been adjourned by the Court to October 19, 2022.

    We thank the Court for its consideration of this matter.

                                                  Respectfully,

                                                  Daniel Shimko

Midwood Brooklyn: 1669 East 10th Street, Brooklyn, NY 11223
Downtown Brooklyn: 300 Cadman Plaza W., One Pierrepont Plaza 12th Fl., Brooklyn, NY 11201
Tel.: 718-684-6600 | Fax.: 718-504-4794 | info@salemshimko.com